UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JEREMIAH JOHNSON-EL,

                 Plaintiff,

-against-

JAMES ALSO KNOWN AS JIM OBROTKA; WARWICK TOWN HALL COURT AND BUILDINGS DEPARTMENT,

                 Defendants.

24-CV-7013 (LTS)

ORDER OF DISMISSAL

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff, who is appearing *pro se*, brings this action purportedly removing a matter to this court from the Warwick Town Hall Court in Orange County, New York. The Court dismisses the complaint for the following reasons.

Plaintiff has previously submitted to this court the identical pleading. That case is presently pending before the Honorable Judge Engelmayer of this court under docket number 24-CV-3726 (PAE) (OTW), ECF 1. As this pleading raises the same claims, no useful purpose would be served by litigating this duplicate lawsuit. Therefore, this pleading is dismissed without prejudice to Plaintiff's pending case under docket number 24-CV-3726.

## CONCLUSION

Plaintiff's pleading is dismissed without prejudice as duplicative of 24-CV-3726 (PAE) (OTW).

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is directed to enter judgment in this case.

SO ORDERED.

Dated:
       New York, New York

                                           /s/ Laura Taylor Swain
                                           LAURA TAYLOR SWAIN
                                      Chief United States District Judge