UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEREMIAH JOHNSON-EL,

                Plaintiff,

-against-　　　　　　　　　　　　　　24-cv-7013 (LTS)

JAMES ALSO KNOWN AS JIM OBROTKA;　　CIVIL JUDGMENT
WARWICK TOWN HALL COURT AND
BUILDINGS DEPARTMENT,

                Defendants.

     For the reasons stated in the February 28, 2025, plaintiff's pleading is dismissed without prejudice as duplicative of 24-CV-3726 (PAE) (OTW).

     The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  March 3, 2025
          New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                     Chief United States District Judge